| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter  11 |
| ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Agoriani Inc

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names
DBA Rays Pizza

**3. Debtor's federal Employer Identification Number (EIN)**  46-2848183

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2 Saints Marks Place<br>New York, NY 10003<br>*Number, Street, City, State & ZIP Code* | *P.O. Box, Number, Street, City, State & ZIP Code* |
| New York<br>*County* | **Location of principal assets, if different from principal place of business**<br>*Number, Street, City, State & ZIP Code* |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor   Agoriani Inc_____   Case number (*if known*)_____
       Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   7225

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

---

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 2

| Debtor | Agoriani Inc | Case number (*if known*) | |
|---|---|---|---|
| | *Name* | | |

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
  Number, Street, City, State & ZIP Code

Is the property insured?

☐ No

☐ Yes.    Insurance agency _____
            Contact name _____
            Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | Agoriani Inc | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___October 17, 2025___
MM / DD / YYYY

X _____[signature]_____     Paul Pappas
Signature of authorized representative of debtor     Printed name

Title __President__

**18. Signature of attorney**

X __/s/ Lawrence Morris__ Date __October 17, 2025__
Signature of attorney for debtor     MM / DD / YYYY

Lawrence Morrison
Printed name

Morrison Tenenbaum PLLC
Firm name

87 Walker Street, Second Floor
New York, NY 10013
Number, Street, City, State & ZIP Code

Contact phone _____     Email address __lmorrison@m-t-law.com__

NY
Bar number and State

---

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:                                               Chapter 11

AGORIANI INC                                         Case No.

Debtor.

---------------------------------------------------------------x

## DECLARATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4

Paul Pappas declares the following under penalties of perjury pursuant to 28 U.S.C. § 1746:

1. I am currently the President and sole share holder for AGORIANI INC (the "Debtor"). As such, I am familiar with the operations, business and financial affairs of the Debtor.

2. In accordance with the Local Rules, I am submitting this Declaration, to the best of my knowledge, pursuant to Local Rule 1007-4 to assist the Court, creditors and other parties-in-interest in understanding the circumstances necessitating the filing of the Chapter 11 petition, the Debtor's debt and capital structure, and the Debtors' plans to emerge from Bankruptcy.

### Events Lead-Up to the Chapter 11 Filing

3. The Debtor operates a Pizza Restaurant, located at 2 Saint Marks Place New York NY (the "Property").

4. In what has become an all too familiar story, the Debtor was negatively impacted by the COVID-19 Pandemic, and has never fully recovered from the loss of income and foot traffic affecting the area resulting therefrom.

5. The Debtor is now facing pressure from the SBA for a loan taken out during the covid 19 pandemic and lacks the cash flow to continue operations as it is currently constituted. As such, the Debtor has commenced this case to trigger a breathing spell and either restructure or market the business for sale.

**Local Rule 1007-4 Disclosures**

6. Pursuant to Rule 1007-4(a)(v), no committee has been formed prior to the commencement of these cases.

7. Pursuant to Rule 1007-4(a)(vi) of the local bankruptcy rules a list containing the names and addresses of each Debtor's twenty (20) largest unsecured creditors, excluding insiders was filed on the docket.

8. Pursuant to Rule 1007-4(a)(vii) of the local bankruptcy rules, is a list containing the names and addresses Debtor's secured claim was filed on the docket of the case.

9. Pursuant to Rule 1007-2(a)(viii), (xi), and (xii) of the local bankruptcy rules, the Debtor operates a restaurant at the Property. The Debtor's assets consist of restaurant equipment and inventory. The Debtor's books and records are located at the Property and also with the Debtor's accountants at the James Volonakis & Company LLC. Firm located at 5-44 47th Ave.LIC, NY 11101.

10. Pursuant to Rule 1007-2(a)(ix) of the local bankruptcy rules, the Debtor does not have any publicly held shares, debentures, or other securities.

11. The Debtor has approximately 25 employees. The number employed at any time depends on the business needs and expected traffic in the restaurant..

12. During the thirty (30) day period following the Chapter 11 filing, the Debtor expects to generate between $40,000 and $45,000. The Debtors' operating expenses during the same thirty (30) day period will depend on inventory purchases but are expected to be around $65,000.

Dated:   New York, New York
          October 17, 2025

By: _____
Paul Pappas

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

In re:                                                                          Chapter 11
                                                                                     Case No. 25-

AGORIANI INC,
          Debtor.
_____X

## CORPORATE RESOLUTION

At the meeting of the Board of Directors of Agoriani Inc. (the "Company"), a New York Corporation, it was determined to be in the best interests of the Company to file for bankruptcy under Chapter 11 of the United States Bankruptcy Code and the following resolution was adopted:

**Whereas**, it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of the United States Code;

**Be It Therefore Resolved**, that Paul Pappas, as President of the Company ("Paul"), is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the corporation; and

**Be It Further Resolved**, that Paul Pappas is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case; and

**Be It Further Resolved**, that Paul Pappas is authorized and directed to employ Lawrence F. Morrison, attorney and the law firm of Morrison Tenenbaum, PLLC to represent the corporation in such bankruptcy case.

*Signature page to follow*

Dated: New York, New York
     October 17, 2025

By: _____
Paul Pappas, President

**Fill in this information to identify the case:**

Debtor name: Agoriani Inc
United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Action Catering<br>300 Frank W Burr Blvd, Suite 39<br>Teaneck, NJ 07666 | | | | | | $1,279.56 |
| Andreas Georgakopoulos<br>270 Madison Ave<br>New York, NY 10016 | | | | | | $29,687.50 |
| Andrews Mechanical<br>503 Eastern Parkway<br>Brooklyn, NY 11216 | | | | | | $3,945.70 |
| Campanga & Sons<br>10 Production Way<br>Avenel, NJ 07001 | | | | | | $6,418.00 |
| Classic Recycling<br>409 River Road<br>Clifton, NJ 07014 | | | | | | $3,647.32 |
| Fischer Foods<br>200 Brenner Drive<br>Congers, NY 10920 | | | | | | $3,003.21 |
| MBH Meat Proveyors<br>137 Industrial Avenue<br>Hasbrouck Heights, NJ 07604 | | | | | | $8,777.49 |
| MO Distributors<br>257 Scholes Street<br>Brooklyn, NY 11206 | | | | | | $2,968.90 |
| St Marks Hotel Corp<br>2 St Marks Place<br>New York, NY 10003 | | | | | | $211,708.97 |
| Sysco<br>20 Theodore Conrad Drive<br>Jersey City, NJ 07305 | | | | | | $1,815.28 |
| US Small Business Administration<br>PO Box 3918<br>Portland, OR 97208 | | | | Unknown | $0.00 | $0.00 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 1

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor  Agoriani Inc  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Vassilaros Coffee 18-13 41 Street Astoria, NY 11105 | | | | | | $2,924.00 |

# United States Bankruptcy Court
## Southern District of New York

In re   Agoriani Inc

Debtor(s)

Case No. _____
Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Efthymios Papadopoulos<br>11 Jackson Place<br>Lodi, NJ 07644 | Shareholder | | 10% |
| Paul Pappas<br>161 Hampton Road<br>Lodi, NY 11530 | Shareholder | | 90% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the   of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   October 17, 2025      Signature   _____
                                          Paul Pappas

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re   Agoriani Inc
                                            Debtor(s)

Case No.  _____
Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   October 17, 2025

Paul Pappas/
Signer/Title

```
Action Catering
300 Frank W Burr Blvd, Suite 39
Teaneck, NJ 07666


Andreas Georgakopoulos
270 Madison Ave
New York, NY 10016


Andrews Mechanical
503 Eastern Parkway
Brooklyn, NY 11216


Campanga & Sons
10 Production Way
Avenel, NJ 07001


Classic Recycling
409 River Road
Clifton, NJ 07014


Fischer Foods
200 Brenner Drive
Congers, NY 10920


MBH Meat Proveyors
137 Industrial Avenue
Hasbrouck Heights, NJ 07604


MO Distributors
257 Scholes Street
Brooklyn, NY 11206


St Marks Hotel Corp
2 St Marks Place
New York, NY 10003


Sysco
20 Theodore Conrad Drive
Jersey City, NJ 07305


US Small Business Administration
PO Box 3918
Portland, OR 97208


Vassilaros Coffee
18-13 41 Street
Astoria, NY 11105
```

# United States Bankruptcy Court
## Southern District of New York

In re  Agoriani Inc
                    Debtor(s)

Case No. _____
Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Agoriani Inc  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

October 17, 2025
Date

Lawrence Morrison
Signature of Attorney or Litigant
Counsel for   Agoriani Inc
Morrison Tenenbaum PLLC
87 Walker Street, Second Floor
New York, NY 10013
 Fax:
lmorrison@m-t-law.com